FILED
SUPERIOR COURT
OF GUAM

2021 SEP 30 PM 2: 44

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CF0512-17** |
| | GPD Report No. 17-24701 |
| v. | |
| | **DECISION AND ORDER** |
| **JAMES NORBERT MUNA** | **FINDING DEFENDANT** |
| DOB: 02/19/1963 | **NOT COMPETENT TO STAND TRIAL** |
| | |
| Defendant. | |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on July 16, 2021 for a Competency Hearing. Assistant Attorney General Sean Brown represents the People, and Attorney Jeffrey Moots represents James Norbert Muna ("Defendant"). Having duly considered the Defendant's Forensic Evaluation, Dr. Rapadas's testimony, the parties' oral arguments, and the applicable law, the Court now issues the following Decision and Order and **finds the Defendant not competent to stand trial**.

### BACKGROUND

On September 5, 2017, Defendant was arrested and charged with Charge One: First Degree Criminal Sexual Conduct (as a 1st Degree Felony) and Charge Two: Second Degree Criminal Sexual Conduct (as a 1st Degree Felony) (*Four Counts*). Indictment (Sep. 15, 2017). Defendant subsequently suffered a stroke in the month of October, 2018, and Defendant's attorney, Jeffrey Moots, filed a Motion Requesting Determination of Defendant's Competency to Proceed ("Motion"). Motion at 1 (Aug. 19, 2020).

Pursuant to 9 G.C.A. §7.25, the Client Services and Family Counseling Division of the Superior Court of Guam ("CSFC") arranged for Defendant to undergo a forensic evaluation with a

Decision and Order Finding Defendant Not Competent to Stand Trial
CF0512-17, *People of Guam v. James Muna*
Page 1 of 4

qualified psychologist. Order for Forensic Evaluation (September 22, 2020). On October 14, 2020, Defendant underwent his forensic evaluation with Dr. Juan Rapadas, an expert clinical psychologist at CSFC. Forensic Evaluation at 2 (Oct. 15, 2020).

The Court held a hearing on July 16, 2021 to determine Defendant's competency to stand trial. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

"A defendant is incompetent to be proceeded against in a criminal action if, as a result of mental illness... he is unable (1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 G.C.A. § 7.37(a)(1)-(4).

The Defendant's behavior throughout the forensic evaluation indicated that he was not mentally sound. "From the start, it was very apparent that Mr. Muna (Defendant) was unable to speak and his level of comprehension appeared to be very limited." Forensic Evaluation at 2 (Oct. 15, 2020). Defendant appeared unable to verbally answer questions and he could not comprehend simple questions. Id. at 2.

This behavior stems from a life-threatening stoke that Defendant suffered in October, 2018. Following his stroke, Defendant began to suffer from aphasia which is the inability to speak, write, and understand both verbal and written language. Id. at 3. Despite taking medications and visiting a speech pathologist, Defendant's aphasia has seen little to no improvement. Id. at 3.

When conducting forensic evaluations, Dr. Rapadas routinely administers Mini Mental Status Exams ("MMSE") which are brief tests used to gage a person's orientation, cognitive registration, attention, ability to recall, and language skills. However, Defendant was unable to even take the MMSE due to his inability to communicate, write, or interact through speech. Id. at 4.

Defendant also lacks the ability to consult with his lawyer with a reasonable degree of rational understanding. Id. at 5. This is because of Defendant's severe aphasia and the extreme impact it's had on his comprehension, speech, and cognitive recognition. Id. at 5. While Defendant

Decision and Order Finding Defendant Not Competent to Stand Trial
CF0512-17, *People of Guam v. James Muna*
Page 2 of 4

may be able to sit quietly, be polite, and show respect to his counsel and to the court, Defendant is unable to communicate and it is impossible to know his true level of understanding and whether he could ever comprehend or remember any legal advice given to him. Id. at 5.

The Defendant is currently incompetent, and Dr. Rapadas believes Defendant may never regain his cognitive abilities. Id. at 6. Defendant's cognitive impairment stems from his health conditions, and Defendant has not shown any improvement in any cognitive areas since his stroke back in 2018. Id. at 6.

Taking all data in total, Defendant is currently not competent to be proceeded against nor to be sentenced. As Dr. Rapadas laid out in his report, Defendant cannot assist, understand, or adequately communicate with his counsel to prepare a defense. Defendant lacks basic communication skills, which combined with his cognitive defects, indicate that Defendant is not competent to be proceeded against.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

For the reasons started above, the Court makes the following findings of fact and conclusions of law:

- Defendant does not possess the mental competency "(1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 G.C.A. § 7.37(a)(1)-(4).

- Defendant is currently incompetent to stand trial. However, there is a possibility that he may be restored to competency in the future as he recovers from his stroke. Therefore, Defendant's case will not be transferred to Mental Health Court.

- A Status Hearing in this case is set for Wednesday, April 20, 2022 at 10:00 a.m.

**IT IS SO ORDERED** this ___September 30, 202__ nunc pro tunc July 16, 2021.

Decision and Order Finding Defendant Not Competent to Stand Trial
CF0512-17, *People of Guam v. James Muna*
Page 3 of 4



**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic
copy of the original was e-mailed to:
AB; Cunliffe

Date: 9/30/21 Time: 3:00

Deputy Clerk, Superior Court of Guam

Decision and Order Finding Defendant Not Competent to Stand Trial
CF0512-17, *People of Guam v. James Muna*
Page 4 of 4